HOSE-McCANN CORPORATION, Appellant and Respondent, *v.* CARL PAULUHN et al., Respondents and Appellants.

Submitted February 28, 1938; decided March 8, 1938.

Motion to amend remittitur denied, with ten dollars costs. (See 276 N. Y. 669.)

In the Matter of the Claim of ISABELLE KANE, Respondent, against MORSE DRY DOCK AND REPAIR COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Submitted February 28, 1938; decided March 8, 1938.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 533.)

SOPHIE C. ZINOVOY, Respondent, *v.* MINNIE LIEBERMAN, Individually, as Administratrix of the Estate of DAVID H. LIEBERMAN, Deceased, etc., Appellant.

Submitted February 28, 1938; decided March 8, 1938.

Motion for reargument of motion to dismiss appeal denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 530.)

HELEN J. GLASER, Appellant, *v.* WALTER T. GLASER, Respondent.

Submitted February 28, 1938; decided March 8, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 296.)